AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Silicon Storage Technology, Inc.
    Plaintiff(s),
V.
Telefunken Semiconductors America, et al
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 12-6040 JCS

Notice is hereby given that, subject to approval by the court, __Telefunken Semiconductors International__ substitutes
(Party (s) Name)

__Shella Deen__ , State Bar No. __149735__ as counsel of record in
(Name of New Attorney)

place of __Robert Charles Ward, James P. Martin, and Lisa Stockholm of Shartsis Friese LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Hoge, Fenton, Jones & Appel, Inc.
Address: 60 South Market Street, Suite 1400, San Jose, CA 95113
Telephone: (408) 287-9501    Facsimile (408) 287-2583
E-Mail (Optional): sd@hogefenton.com

I consent to the above substitution.
Date: 3/12/2013
(Signature of Party (s))

I consent to being substituted.
Date: 3/12/2013
Shartsis Friese LLP
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/12/2013
(Signature of New Attorney)
HOGE, FENTON, JONES & APPEL, INC.

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/15/13

Judge Joseph C. Spero

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]