AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

____Northern____ **District of** ____California____

Silicon Storage Technology, Inc.

Plaintiff (s),

V.

Telefunken Semiconductors America, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  CV 12-6040 JOS

Notice is hereby given that, subject to approval by the court, _Telefunken Semiconductors International_ substitutes

(Party (s) Name)

_Crystal N. Riggins_ , State Bar No. _264671_ as counsel of record in

(Name of New Attorney)

place of ___Robert Charles Ward, James P. Martin, and Lisa Stockholm of Shartsis Friese LLP___

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: ___Hoge, Fenton, Jones & Appel, Inc.___

Address: ___60 South Market Street, Suite 1400, San Jose, CA 95113___

Telephone: ___(408) 287-9501___ Facsimile ___(408) 287-2583___

E-Mail (Optional): ___cnr@hogefenton.com___

I consent to the above substitution.

Date: ___3/12/2013___

(Signature of Party (s))

I consent to being substituted.

Date: ___3/12/2013___

Shartis Friese LLP

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: ___3/12/2013___

(Signature of New Attorney)

HOGE, FENTON, JONES + APPEL, INC.

The substitution of attorney is hereby approved and so ORDERED.

Date: ___3/15/13___

Judge Joseph C. Spero

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]