AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Silicon Storage Technology, Inc.
                Plaintiff (s),
V.
Telefunken Semiconductors America, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 12-6040 JOS

Notice is hereby given that, subject to approval by the court, __Telefunken Semiconductors International__ substitutes
(Party (s) Name)

__Crystal N. Riggins__, State Bar No. __264671__ as counsel of record in
(Name of New Attorney)

place of __Robert Charles Ward, James P. Martin, and Lisa Stockholm of Shartsis Friese LLP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Hoge, Fenton, Jones & Appel, Inc. |
| Address: | 60 South Market Street, Suite 1400, San Jose, CA 95113 |
| Telephone: | (408) 287-9501   Facsimile (408) 287-2583 |
| E-Mail (Optional): | cnr@hogefenton.com |

I consent to the above substitution.
Date: 3/12/2013
(Signature of Party (s))

I consent to being substituted.
Date: 3/12/2013
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/12/2013
(Signature of New Attorney)
HOGE, FENTON, JONES + APPEL, INC.

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/15/13

Judge Joseph C. Spero
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]