1 DOUGLAS A. WINTHROP (No. 183532)
douglas.winthrop@aporter.com
2 MICHAEL A. BERTA (No. 194650)
michael.berta@aporter.com
3 ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
4 San Francisco, California 94111
Telephone: 415/471-3100
5 Facsimile: 415/471-3400

6 Attorneys for Defendants
TSI SEMICONDUCTORS, LLC f/k/a
7 TELEFUNKEN SEMICONDUCTORS
INTERNATIONAL LLC and TELEFUNKEN
8 SEMICONDUCTORS AMERICA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TELEFUNKEN SEMICONDUCTORS AMERICA LLC and TELEFUNKEN SEMICONDUCTORS INTERNATIONAL LLC, <br><br> Defendants. | Case No. CV 12-6040 JCS <br><br> DEFENDANTS TSI SEMICONDUCTORS, LLC AND TELEFUNKEN SEMICONDUCTORS AMERICA LLC'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants TSI SEMICONDUCTORS, LLC f/k/a TELEFUNKEN SEMICONDUCTORS INTERNATIONAL LLC, and TELEFUNKEN SEMICONDUCTORS AMERICA LLC (collectively "Telefunken") in the above-captioned matter hereby substitute Arnold & Porter LLP, as their attorneys of record in this action in place of Hoge, Fenton, Jones & Appel, Inc., Sixty South Market Street, Suite 1400, San Jose, California 95113. All pleadings, orders, and notices should henceforth be served upon Douglas A. Winthrop and Michael A. Berta at Three Embarcadero Center, 10th Floor, San Francisco, California 94111.

1  Messrs. Winthrop and Berta are active members in good standing of the State Bar of California and
2  are admitted to practice before this Court.

3  <u>SUBSTITUTION BASED ON CONSENT</u>

4  The undersigned consent to the substitution and certify that this substitution will not delay the
5  proceedings in this matter.

7  DATED: May 16, 2013.

TSI SEMICONDUCTORS, LLC f/k/a
TELEFUNKEN SEMICONDUCTORS
INTERNATIONAL LLC

By: _____

12  DATED: May 16, 2013.

TELEFUNKEN SEMICONDUCTORS AMERICA LLC

By: _____

16  DATED: May 16 2013.

ARNOLD & PORTER LLP

By: _____
Douglas A. Winthrop

20  DATED: May 17, 2013

HOGE, FENTON, JONES & APPEL, INC.

By: _____
Shella Deen

24  IT IS SO ORDERED.

26  DATED: May 20, 2013.

By: _____
Judge Joseph C. Spero
HONORABLE JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE

SUBSTITUTION OF COUNSEL
-2-

CV 12-6040 JCS